AO 91 (Rev. 11/11) Criminal Complaint                    FELONY

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

*February 7, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-22-MJ-189 |
| 1. Emmanuel Medrano | ) | |
| 2. Miguel Guadalupe Medrano Jr. | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 05, 2022 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31, United States Code, Section 5332(a)(1) and Title 18, United States Code, Section 2 | Whoever, with the intent to evade a currency reporting requirement, knowingly conceals more than $10,000 in currency or other monetary instruments on the person of such individual or in any conveyance, article of luggage, merchandise, or other container, and transports or transfers or attempts to transport or transfer such currency or monetary instruments from a place within the United States to a place outside of the United States, or from a place outside the United States to a place within the United States, and did aid and abet the same. |

This criminal complaint is based on these facts:

See Attachment A

[X]   Continued on the attached sheet.

*Complainant's Signature*

Gabriela Cavazos    Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

February 07, 2022
*Date*

Brownsville, Texas
*City and State*

*Judge's signature*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

B-22-MJ-189

On February 05, 2022, the Combes Police Department conducted a traffic stop on a Ford F-150 for a moving violation in Combes, Texas. The driver was identified as Miguel Guadalupe MEDRANO, JR., and the passenger as, Emmanuel MEDRANO. Miguel Guadalupe MEDRANO, JR., the owner of the vehicle, granted officers consent to search the vehicle. A search of the vehicle resulted in the discovery of 21 bundles of U.S. currency and a firearm. The currency, approximately $70,962.00, was located in a box under the back seat and in the natural void behind the glove box. The firearm was located in the center console. Passenger, Emmanuel MEDRANO, stated to officers that he wanted to make a statement.

After reading of their rights, both Emmanuel MEDRANO and Miguel Guadalupe MEDRANO, JR. agreed to speak with agents and officers. Emmanuel MEDRANO stated that the currency did not belong to him. Initially, Emmanuel MEDRANO and Miguel Guadalupe MEDRANO, JR. gave conflicting stories about the same day events prior to the traffic stop and the previous day events. Ultimately, Emmanuel MEDRANO stated that an unidentified male he met with in Portland, Texas concealed the currency in several places within the vehicle and he was going to hand off the currency to an unknown person at a rest stop in San Benito, Texas as instructed by the owner of the currency. Emmanuel MEDRANO stated the ultimate destination, and owner of the currency, was an unidentified male Mexican national who lives in Matamoros, Tamaulipas, Mexico. A search of Miguel Guadalupe MEDRANO, JR.'s cell phone revealed pictures of the currency taken earlier that same day before it was concealed in the truck. Miguel Guadalupe MEDRANO, JR. admitted to a previous conviction of money laundering involving $743,000 U.S. dollars in 2015 in which he admitted to concealing the currency in the vehicle which was destined for Mexico. Both defendants knowingly aided and abetted each other, and others, with intent to evade reporting requirement for currency in excess of $10,000 U.S. dollars.

Gabriela Cavazos, Special Agent Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on February 7, 2022.

Ronald G. Morgan
United States Magistrate Judge
Southern District of Texas